**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | |
|---|---|
| 970 Broad Street, Suite 700 | *general number:* (973) 645-2700 |
| Newark, New Jersey 07102 | *telephone:* (973) 645-2921 |
| | *fax:* (973) 297-2010 |

November 19, 2012
**Via ECF**

William T. Walsh
Clerk, U.S. District Court
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

      Re:    USA v. Charles Novins
              <u>Civil Action No. 12-6290(JAP)</u>

Dear Mr. Walsh:

      The United States, on behalf of the Internal Revenue Service ("IRS"), submits this letter to request that an amended Order to Show Cause be issued in the referenced case, for the following reasons. First, the Order issued November 16 contained an appearance date for the Order to Show Cause that predated the end of the thirty day period given for service. Notwithstanding this clerical error, the IRS, in the wake of hurricane Sandy, is putting a moratorium on enforcement proceedings. Specifically, the IRS has implemented a new disaster declaration postponing the time to perform certain time-sensitive acts, including service and enforcement of summons-related matters until February 1, 2013. Accordingly, the petitioner respectfully requests that the Court enter the enclosed amended order, setting an appearance date after February 1, 2013, for the Order to Show Cause in this case.

      Thank you for attention to this matter.

                                    Very truly yours,

                                    PAUL J. FISHMAN
                                    United States Attorney

                                    S / Peter G. O'Malley
                     By:    PETER G. O'MALLEY
                                    Assistant U.S. Attorney

Enc.
cc:    Hon. Joel A. Pisano

Revenue Officer Miriam Popowitz
Internal Revenue Service
4 Paragon Way, Suite 2
Freehold, New Jersey  07728