PAUL J. FISHMAN
United States Attorney
PETER G. O'MALLEY
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2921

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
NOV 21 2012
AT 8:30_____
WILLIAM T. WALSH    M
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Hon.: Joel A. Pisano |
| Petitioner, | ) |
| v. | ) Civil Action No. 12-6290 |
| CHARLES NOVINS, | ) AMENDED ORDER TO SHOW |
| | )  CAUSE |
| Respondent. | ) |

Upon the petition, the Exhibits attached thereto, the declaration of Miriam Popowitz of the Internal Revenue Service, and upon the motion of Paul J. Fishman, United States Attorney for the District of New Jersey, it is ORDERED that respondent, Charles Novins, appear before the United States District Court for the District of New Jersey presided over by the undersigned, in Courtroom Number 1 in the Clarkson S. Fisher Federal Building and United States Courthouse in Trenton on the 28th day of February, 2013 at 10 A.M., to show cause why respondent should not be compelled to obey the Internal Revenue Service summons served upon respondent on May 9, 2012. It is further

ORDERED that a copy of this Order, together with the petition and Exhibit(s) thereto, be personally served on Charles Novins by an official of the Internal Revenue Service on or after February 1, 2013, but before February 6, 2013. It is further

ORDERED that within 5 days of service of copies of this Order, the petition and Exhibit(s), the respondent shall file and serve a written response to the petition supported by appropriate affidavits, as well as any motions the respondent desires to make. All motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order. Any uncontested allegation(s) in the petition shall be considered admitted.

Entered this day of ___Nov 20___, 2012.

JOEL A. PISANO
UNITED STATES DISTRICT JUDGE