PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Petitioner,*<br><br>    v.<br><br>CHARLES NOVINS,<br><br>    *Respondent.* | HON. JOEL A. PISANO<br><br>*Civil Action No.* 12-CV-6290 (JAP) (LHG)<br><br>**NOTICE OF APPEARANCE** |

      This is to notice the appearance of Paul J. Fishman, United States Attorney for the District of New Jersey, by Kristin L. Vassallo, Assistant United States Attorney, as attorney of record for plaintiff the United States of America, in the above captioned case.

      Service of all notices in this case should be made upon:

    Kristin L. Vassallo
    Assistant United States Attorney
    United States Attorney's Office
    970 Broad Street, Suite 700
    Newark, New Jersey 07102

Dated:  Newark, New Jersey
         February 4, 2013

                                        /s/ Kristin L. Vassallo
                                        KRISTIN L. VASSALLO
                                        Assistant United States Attorney