

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700
Newark, New Jersey 07102

*general number:* (973) 645-2700
*telephone:* (973) 645-2835
*fax:* (973) 297-2010
*e-mail: Kristin.vassallo@usdoj.gov*

February 5, 2013

**BY ECF**
The Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building and United States Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re: <u>United States v. Novins</u>, No. 12-CV-6290 (JAP) (LHG)

Dear Judge Pisano:

I am the Assistant United States Attorney representing the Government in the above case, a summons enforcement proceeding brought on behalf of the Internal Revenue Service. I write respectfully to seek an adjournment of the order-to-show-cause hearing currently set for February 28, 2013.

In an order filed on November 19, 2012, this Court rescheduled the hearing in this case from December 11, 2012 to February 28, 2013 at the request of the IRS, which had implemented a moratorium on enforcement activities (including the enforcement of IRS summonses) in the wake of Hurricane Sandy. This past week, the IRS extended the moratorium from February 1 to April 1, 2013 for taxpayers (like the respondent, Charles Novins) who live in Monmouth and Ocean Counties. Because this new deadline falls after the current date for the hearing in this case, we respectfully ask the Court to adjourn the February 28, 2012 conference to a date in late April or early May. Such an adjournment would allow the IRS sufficient time to serve Mr. Novins after the moratorium has expired, and allow Mr. Novins to submit any opposition papers in advance of the hearing. For the Court's convenience, a proposed order is attached.

We thank the Court for considering this application.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By: _____

KRISTIN L. VASSALLO
Assistant United States Attorney

Encl.

2