PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

RECEIVED

FEB - 6 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | HON. JOEL A. PISANO |
|---|---|
| *Petitioner,* | Civil Action No. 12-CV-6290 (JAP) (LHG) |
| v. | **AMENDED ORDER TO SHOW CAUSE** |
| CHARLES NOVINS, | |
| *Respondent.* | |

Upon the petition, the exhibits attached thereto, the declaration of Revenue Officer Miriam Popowitz, and upon the motion of Paul J. Fishman, United States Attorney for the District of New Jersey, it is ORDERED that respondent, Charles Novins, appear before the United States District Court for the District of New Jersey presided over by the undersigned, in Courtroom Number 1 in the Clarkson S. Fisher Federal Building and United States Courthouse in Trenton, New Jersey, on the 15th day of May, 2013, at 10:00a, to show cause why respondent should not be compelled to obey the Internal Revenue Service summons served upon respondent on May 9, 2012. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be

personally served on Charles Novins, by an official of the Internal Revenue Service on or after April 1, 2013, but before April _, 2013, It is further

ORDERED that within 5 days of service of copies of this Order, the petition and exhibits, the respondent shall file and serve a written response to the petition supported by appropriate affidavits, as well as any motions the respondent desires to make. If respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order. Any uncontested allegation(s) in the petition shall be considered admitted.

Entered this  6  day of  Feb , 2013.

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE