PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2835
Fax. 973-297-2010
email: kristin.vassallo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHARLES NOVINS, )<br>)<br>Respondent. ) | Civil Action No. 12-CV-6290 (JAP)<br><br>**RETURN OF SERVICE** |

I, Miriam Popowitz, Revenue Officer in the Small Business/Self-Employed Central Compliance Area of the Internal Revenue Service, do hereby depose and declare as follows:

I personally served copies of the Petition, Order to Show Cause, Declaration and Exhibits on the above-named respondent, Charles Novins, on the _4_th day of April 2013, by personally delivering copies to Mr. Novins at his place of residence, 104 Flag Point Road, Toms River, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 9, 2013.

*Miriam Popowitz*
MIRIAM POPOWITZ
REVENUE OFFICER