PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2835
Fax. 973-297-2010
email: kristin.vassallo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 12-CV-6290 (JAP) |
| ) | |
| CHARLES NOVINS, ) | **AMENDED RETURN OF SERVICE** |
| ) | |
| Respondent. ) | |

I, Miriam Popowitz, Revenue Officer in the Small Business/Self-Employed Central Compliance Area of the Internal Revenue Service, do hereby depose and declare as follows:

I personally served copies of the Petition, Order to Show Cause, Declaration and Exhibits on the above-named respondent, Charles Novins, on the 4th day of April 2013, by personally delivering copies to Mr. Novins at his place of business, 54 East Water Street, Toms River, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2013.

*Miriam Popowitz*
MIRIAM POPOWITZ
REVENUE OFFICER