

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700  
Newark, New Jersey 07102

*general number:* (973) 645-2700  
*telephone:* (973) 645-2835  
*fax:* (973) 297-2010  
*e-mail: Kristin.vassallo@usdoj.gov*

June 3, 2013

**BY ECF**
The Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building and United States Courthouse
402 E. State Street
Trenton, New Jersey 08608

        Re: <u>United States v. Novins</u>, No. 12-CV-6290 (JAP) (LHG)

Dear Judge Pisano:

      I am the Assistant United States Attorney representing the Government in the above case, a summons enforcement proceeding brought on behalf of the Internal Revenue Service. As requested by the text order entered on the docket this morning, I write respectfully to confirm that I have received the notice rescheduling the conference formerly set for June 13, 2013, to Wednesday, June 19, 2012 at 10:30 a.m. I will send a copy of the notice to Mr. Novins by first-class mail.

      We thank the Court for considering this matter.

                                               Respectfully submitted,

                                               PAUL J. FISHMAN
                                               United States Attorney

                              By: _____
                                        KRISTIN L. VASSALLO
                                        Assistant United States Attorney

cc:      Charles Novins, Esq.
          54 East Water Street
          Toms River, New Jersey 08753