```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                    DATE OF PROCEEDINGS: 06/19/2013
TITLE OF CASE:
UNITED STATES OF AMERICA,
          vs.
                                    CIVIL DOCKET #: 12-6290(JAP)
CHARLES NOVINS, DEFENDANT PRESENT.

APPEARANCES:
Kristin Lynn Vassalo, Assistant United States Attorney
Charles Novins, Esquire (Defendant).

NATURE OF PROCEEDINGS:
Hearing on plaintiff's petition for an Order to Show Cause [#1].

Ordered application Granted; consent order submitted.

TIME COMMENCED: 11:15 a.m.
TIME ADJOURNED: 11:25 a.m.
TOTAL TIME: 10 minutes

                                    s/Dana Sledge
                                    Courtroom Deputy