PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

**RECEIVED**
JUN 19 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | HON. JOEL A. PISANO |
|---|---|
| *Petitioner,* | Civil Action No. 12-CV-6290 (JAP) (LHG) |
| v. | [~~PROPOSED~~] ORDER |
| CHARLES NOVINS, | |
| *Respondent.* | |

The Court having reviewed the Government's October 5, 2012, petition to enforce the Internal Revenue Service summons issued by Revenue Officer Miriam Popowitz on May 7, 2012 (the "Summons"), and all exhibits attached thereto (collectively, the "Petition"), and respondent Charles Novins having ~~failed to oppose~~ *consented* the Petition, it is hereby

ORDERED that the Petition to enforce the Summons is GRANTED.

IT IS FURTHER ORDERED that Novins shall obey the Summons and each and every requirement thereof, by appearing at the offices of the Internal Revenue Service, providing testimony, and producing the records, documents, and information required and called for by the terms of the Summons before Revenue Officer Miriam Popowitz or any other proper officer or

employee of the Internal Revenue Service, at such time and place as may be fixed by the Internal Revenue Service.

IT IS FURTHER ORDERED that Novins aver or declare to the Government's designee upon delivery of the records that Novins has fully and faithfully complied with the Summonses and this Court's order.

IT IS FURTHER ORDERED that a copy of this Order may be served on Novins by first-class mail and certified mail at his residence.

Entered this 19th day of June, 2013.

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE