

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | |
|---|---|
| *402 E. State Street, Suite 430*<br>*Trenton, New Jersey 08608* | *(609) 989-2190*<br>*FAX (609) 989-2275* |

June 20, 2013

<u>BY FEDERAL EXPRESS</u>
Charles Novins, Esq.
54 East Water Street
Toms River, NJ 08753

Re:  *United States v. Novins,*
Civil Action No. 12-6290 (JAP)

Dear Mr. Novins:

Enclosed is a copy of an order entered yesterday that grants the Government's petition to enforce the IRS summons and directs you to appear at the offices of the IRS and produce the documents, records, and information called for by the IRS summons.  The order requires you to appear "at such time and place as may be fixed by the Internal Revenue Service."  This is to advise you that the IRS has fixed the time and place as follows: **July 23, 2013, at 10:00 a.m.; 4 Paragon Way, Suite 2, Freehold, NJ 07728.**  I note that when we spoke yesterday you indicated this date and time was convenient for you.

If you have any questions, please do not hesitate to call me at (609) 989-0564, or IRS Revenue Officer Miriam Popowitz at (732) 761-3334.

Sincerely,

PAUL J. FISHMAN
United States Attorney

By:  _____

DAVID BOBER
Assistant U.S. Attorney

Enclosure

EXHIBIT C

PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

**RECEIVED**

**JUN 19 2013**

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner,*<br><br>v.<br><br>CHARLES NOVINS,<br><br>*Respondent.* | HON. JOEL A. PISANO<br><br>*Civil Action No.* 12-CV-6290 (JAP) (LHG)<br><br>[PROPOSED] ORDER |

The Court having reviewed the Government's October 5, 2012, petition to enforce the

Internal Revenue Service summons issued by Revenue Officer Miriam Popowitz on May 7, 2012

(the "Summons"), and all exhibits attached thereto (collectively, the "Petition"), and respondent

Charles Novins having ~~failed to oppose~~ *Consented* the Petition, it is hereby

ORDERED that the Petition to enforce the Summons is GRANTED.

IT IS FURTHER ORDERED that Novins shall obey the Summons and each and every

requirement thereof, by appearing at the offices of the Internal Revenue Service, providing

testimony, and producing the records, documents, and information required and called for by the

terms of the Summons before Revenue Officer Miriam Popowitz or any other proper officer or

-2-

EXHIBIT C

employee of the Internal Revenue Service, at such time and place as may be fixed by the Internal

Revenue Service.

IT IS FURTHER ORDERED that Novins aver or declare to the Government's designee

upon delivery of the records that Novins has fully and faithfully complied with the Summonses

and this Court's order.

IT IS FURTHER ORDERED that a copy of this Order may be served on Novins by first-

class mail and certified mail at his residence.

Entered this _19th_ day of ___June___, 2013.

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE

-3-

EXHIBIT C