**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700
Newark, New Jersey 07102

*general number:* (973) 645-2700
*telephone:* (973) 645-2835
*fax:* (973) 297-2010
*e-mail: Kristin.vassallo@usdoj.gov*

July 30, 2013

**BY FEDERAL EXPRESS**
Charles Novins, Esq.
54 East Water Street
Toms River, New Jersey 08753

Re:   United States v. Novins, No. 12-CV-6290 (JAP)

Dear Mr. Novins:

On June 19, 2012, Judge Joel A. Pisano issued an order requiring you to comply with the IRS summons issued by Revenue Officer Miriam Popowitz. This Office provided you with a copy of this order, and informed you that, in order to comply, you had to appear before Officer Popowitz at 10:00 a.m. on July 23, 2013 – a date and time that you said was convenient for you – and provide the documents and information sought in the IRS summons. (A copy of my letter, along with the Court's order, is attached.)

Despite the Court's order, and despite this Office's letter, you did not appear before Officer Popowitz or provide the documents requested by the IRS. Accordingly, you are in violation of the Court's order. The Government is prepared to move for contempt in federal court in order to enforce the Court's order. In the interest of resolving this matter without further litigation, however, we are willing to extend to you one final opportunity to comply with the Court's order. To do so, you must provide to Officer Popowitz, **no later than August 8, 2013**, a completed tax return for 2009.

If you do not comply with this deadline, we will seek relief from the Court.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

By: _____

KRISTIN L. VASSALLO
Assistant United States Attorney

Encl.

EXHIBIT D