PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Petitioner,*<br><br>  v.<br><br>CHARLES NOVINS,<br><br>  *Respondent.* | HON. JOEL A. PISANO<br><br>*Civil Action No.* 12-CV-6290 (JAP)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

Upon respondent Charles Novins's failure to comply with the Internal Revenue Service Summons issued on May 7, 2012 (the "IRS Summons") directing respondent to appear before Revenue Officer Miriam Popowitz to testify and to produce the books, records and other documents demanded in the summons; and,

Upon a petition and proposed order to show cause filed on October 5, 2012 by petitioner the United States of America and good cause being shown that respondent should be ordered to respond to the aforementioned application, the Court ordered on June 19, 2013 that respondent must produce specific documents and records as detailed in the IRS Summonses at such time and place as may be fixed by the IRS; and

Upon respondent having failed to comply with the Court's June 19, 2013 Order:

IT IS on this _____ day of _____, 2013, ORDERED that respondent appear before the Court on the _____ day of _____, 2013, at ___:___ _.m. and show cause why he should not be held in civil contempt.

Entered this _____ day of _____, 2013.

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE