## **CERTIFICATE OF SERVICE**

I, Kristin L. Vassallo, Assistant United States Attorney for the District of New Jersey, hereby certify that on September 13, 2013, the foregoing Memorandum in Support of Order to Show Cause and Declaration of Miriam Popowitz (with exhibits), and Proposed Order to Show Cause were sent by Federal Express to:

Charles Novins
54 East Water Street
Toms River, New Jersey 08753

Dated: Newark, New Jersey
        September 13, 2013

                                                     /s/  Kristin L. Vassallo_____
                                                  KRISTIN L. VASSALLO
                                                  Assistant United States Attorney