**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700　　　*general number*: (973) 645-2700
Newark, New Jersey 07102　　　　　*telephone*: (973) 645-2835
　　　　　　　　　　　　　　　　　　　　*fax:* (973) 297-2010
　　　　　　　　　　　　　　　*e-mail: Kristin.vassallo@usdoj.gov*

September 20, 2013

**BY ECF**
The Honorable Joel A. Pisano
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

　　　　　　Re:　　United States v. Novins, No. 12-CV-6290 (JAP)

Dear Judge Pisano:

　　　I am the Assistant United States Attorney representing the Government in this case, a petition to enforce an Internal Revenue Service summons against Charles Novins. I write respectfully to apologize for failing to confirm receipt of the Court's notice by September 17, 2013, and to request a brief adjournment of the oral argument the Court scheduled for October 1, 2013. I make this request because I will be out of the office on vacation from October 1, 2013 until October 6, 2013, and thus will be unable to appear on October 1st. Accordingly, I respectfully ask the Court to adjourn the oral argument to another date convenient for the Court. Several dates that I am available are October 7, October 9, October 11, October 14, October 17, and October 18.

　　　We thank the Court for considering this request.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PAUL J. FISHMAN
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　By:　__/s/ Kristin L. Vassallo_____
　　　　　　　　　　　　　　　　　　　　KRISTIN L. VASSALLO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


cc:　　Charles Novins, Esq.
　　　　54 East Water Street
　　　　Toms River, New Jersey 08753