| | |
|---|---|
| From: | njdefiling@njd.uscourts.gov |
| To: | njdefiling@njd.uscourts.gov |
| Subject: | Activity in Case 3:12-cv-06290-JAP-LHG UNITED STATES OF AMERICA v. NOVINS Set/Reset Motion and R&R Deadlines/Hearings |
| Date: | Monday, September 16, 2013 11:06:51 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 9/16/2013 at 11:04 AM EDT and filed on 9/16/2013
**Case Name:**     UNITED STATES OF AMERICA v. NOVINS
**Case Number:**   3:12-cv-06290-JAP-LHG
**Filer:**
**WARNING: CASE CLOSED on 07/02/2013**
**Document Number:** No document attached

**Docket Text:**
ATTENTION COUNSEL: Oral argument as to [13] MOTION for Order to Show Cause Why He Should Not Be Held in Contempt set for 10/1/2013 at 10:30 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. Please confirm receipt of court notice by letter (e-file) not later than 9/17/2013, and certificate of service to the defendant. (DS)

**3:12-cv-06290-JAP-LHG Notice has been electronically mailed to:**

CHARLES NOVINS     ocnjlaw@gmail.com

KRISTIN LYNN VASSALLO     kristin.vassallo@usdoj.gov

PETER G. O'MALLEY     peter.omalley@usdoj.gov

**3:12-cv-06290-JAP-LHG Notice will not be electronically mailed to::**