## **CERTIFICATE OF SERVICE**

      I, Kristin L. Vassallo, Assistant United States Attorney for the District of New Jersey, hereby certify that on September 20, 2013, the foregoing letter to Judge Pisano and notice of oral argument in <u>United States v. Novins</u> were sent by Federal Express to:

Charles Novins, Esq.
54 East Water Street
Toms River, New Jersey 08753

Dated: Newark, New Jersey
       September 20, 2013

                                                 /s/ Kristin L. Vassallo_____
                                              KRISTIN L. VASSALLO
                                              Assistant United States Attorney