```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  MINUTES OF PROCEEDINGS
```

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                  DATE OF PROCEEDINGS: 10/29/2013
TITLE OF CASE:
UNITED STATES OF AMERICA,
         vs.
                                  CIVIL DOCKET #: 12-6290(JAP)
CHARLES NOVINS, ESQUIRE, DEFENDANT.

APPEARANCES:
David Bober, Assistant United States Attorney
Charles Novins, Esquire, Defendant - Not present.

NATURE OF PROCEEDINGS:
Hearing on plaintiff's motion for an Order to Show Cause Why He Should Not be Held in Contempt by Plaintiff [#13].

Ordered motion Granted; order to follow.

Ordered an arrest warrant to be issued; copies forwarded to U.S. Marshal's Service.

TIME COMMENCED: 10:45 a.m.
TIME ADJOURNED: 10:55 a.m.
TOTAL TIME: 10 minutes

                                  s/Dana Sledge
                                  Courtroom Deputy