

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

RECEIVED
OCT 29 2013
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

United States of America
v.
Charles Novins

)
)  Case No.  12 Civ. 6290 (JAP)
)
)
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **CHARLES NOVINS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Failure to comply with the Court's order dated June 19, 2013.

Date: 10/28/2013

_____
Issuing officer's signature

City and state: Trenton, NJ

Hon. Joel A. Pisano, United States District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    _____<br>Arresting officer's signature<br><br>_____<br>*Printed name and title* |