UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner,*<br><br>v.<br><br>CHARLES NOVINS,<br><br>*Respondent.* | HON. JOEL A. PISANO<br><br>*Civil Action No.* 12-CV-6290 (JAP)<br><br>[~~PROPOSED~~] ORDER |

RECEIVED
OCT 30 2013
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

   Upon consideration of petitioner the United States of America's order to show cause filed in this action on September 13, 2013 (the "September 2013 Order to Show Cause") (Dkt. #13), as to why respondent Charles Novins should not be held in contempt for failure to comply with the Court's Order issued on June 19, 2013 (the "June 19, 2013, Order") (Dkt. #12), which ordered Novins to comply with the Internal Revenue Service summons issued on May 7, 2012 (the "IRS Summons"), and further directed Novins to appear before Revenue Officer Miriam Popowitz to testify and to produce the books, records, and other documents demanded in the IRS Summons at such time and place as may be fixed by the IRS, and

   Upon further consideration of Novins's failure appear before Revenue Officer Popowitz or to produce the books, records and other documents demanded in the IRS Summons by July 23, 2013, the date fixed by the IRS, and

   Upon further consideration of Novins's failure to attend the October 29, 2013, hearing scheduled by this Court to consider the September 2013 Order to Show Cause; and

   Upon Novins's failure to file or serve any papers in response to the September 2013 Order to Show Cause; and

Upon good cause having been shown that Novins is in civil contempt of Court for failing to comply with this Court's June 19, 2013, Order:

IT IS on this     29     day of     Oct     , 2013,

ORDERED that respondent Charles Novins is found to be in civil contempt of Court; and it is further

ORDERED that the United States Marshal is hereby commanded to arrest Charles Novins and bring him forthwith to the Honorable Joel A. Pisano, United States District Judge for the District of New Jersey, to address his continuing contempt of the Court's June 19, 2013, Order; and it is further

ORDERED that the United States Marshal is permitted to detain Charles Novins until such time as he has fully complied with the Court's order of June 19, 2013, including producing the books, records and other documents demanded in the IRS Summons; and it is further

ORDERED that the United States Marshal is permitted to gain access into the household, abode, or place of business of Charles Novins should it become necessary in securing his arrest, including but not limited to his residence at 104 Flagpoint Road, Toms River, NJ 08753, and his place of business at 54 East Water Street, Toms River, New Jersey; and it is further

ORDERED that the United States Marshal is permitted to arrest Charles Novins outside the District of New Jersey and bring him forthwith to appear before this Court.

Entered this  25  day of    Oct    , 2013.

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE