# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OFFICE: Trenton

Magistrate Judge Lois H. Goodman

11/6/13
DATE OF PROCEEDINGS

Court Reporter
ESR: Digitally

Title of Case:
UNITED STATES OF AMERICA
V.
Charles Novins

No. 12-6290 JAP/LHG

**DEFENDANT PRESENT**

Appearances:
David Bober, AUSA for Government.
Lisa Van Hoeck AFPD/Esquire for Defendant.

Nature of Proceedings:    INITIAL APPEARANCE on [17] Order for Civil Contempt

Application by deft. for appointment of counsel.
Financial affidavit submitted/filed.
Ordered application granted.
Initial appearance held.
Defendant advised of his rights, charges and penalties
Order to be entered.
Ordered defendant released and directed to appear at the Freehold, NJ IRS office by 1:00 p.m. on 11/12/13.
Hearing set for 11/15/13 at 10:00 a.m. with Judge Joel A. Pisano per the [17] OTSC.
Order setting Conditions of Release to follow.

**Time Commenced: 4:45 p.m.**
Time Adjourned: 5:00 p.m.
Total Time: 15 minutes

s/ *Ivannya Jimenez*
Deputy Clerk