UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                         :             MAGISTRATE NO. 12-6290

v.                          :

                         :             ORDER

CHARLES NOVINS             :

                         :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___6th___ day of ___November___ , 2013,

ORDERED that _____Lisa Van Hoeck_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court *for Civil Contempt matter.*

_____
LOIS H. GOODMAN
United States Magistrate Judge